Howard M. Ehrenberg, Trustee
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (213) 626-2311

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

# CONTINUED MEETING OF CREDITORS

| | | |
|---|---|---|
| In re: | ) | Case No. 25-21678-DS |
| | ) | |
| CROSBY, ALLEN SHAY | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

PLEASE TAKE NOTICE THAT THE MEETING HAS BEEN CONTINUED FOR THE FOLLOWING REASON TO:

Date: February 25, 2026 Time: 08:00 AM
Location: **Zoom video meeting**
Go to Zoom.us/join, Enter Meeting ID 533 861 1826, and Passcode 7827374051, or call 1 213 592 2649.

☐ You failed to appear at the 341(a) meeting previously scheduled in your case. You are further notified that in the event you do not appear at said time and place, your case will be dismissed by the United States Bankruptcy Court.

DATED: February 5, 2026         /s/ Howard M. Ehrenberg
                                Howard M. Ehrenberg, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney on February 5, 2026.

                        /s/ Lupe Cortez
                        Trustee Administrator
                        lupe.cortez@gmlaw.com