Certificate Number: 14912-CAC-DE-040713729

Bankruptcy Case Number: 25-21678



14912-CAC-DE-040713729

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2026, at 12:50 o'clock PM EST, Allen Crosby completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  March 10, 2026            By:  /s/Jai Bhatt

                                 Name:  Jai Bhatt

                                 Title:  Counselor